CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 3 1 2008

JOHN F. CORCORAN, CLERK
BY:
　　DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| MARVIN CARMON, | )  |
|     Plaintiff, | ) Civil Action No. 7:08-cv-00244 |
| | ) |
| v. | ) **FINAL ORDER** |
| | ) |
| GARY BASS, et. al., | ) By: Hon. Glen E. Conrad |
|     Defendants. | ) United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1) and 28 U.S.C. § 1367(c); all pending motions are hereby **DENIED as MOOT**; and the action is stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 31st day of March, 2008.

　　　　　　　　　　　　　　　　　/s/ Glen Conrad
　　　　　　　　　　　　　　　　　United States District Judge